IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11CV584-RJC-DSC

| OUTDOOR LIGHTING PERSPECTIVES FRANCHISING, INC., | ) ) ) | |
|---|---|---|
| Plaintiff | ) ) ) ) | |
| v. | ) ) | **O R D E R** |
| OLP PITTSBURGH, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on Plaintiff's "Application for Admission to Practice Pro Hac Vice [for Michael Robert Gray]," Doc. 7, filed on November 22, 2011. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 22, 2011

David S. Cayer
United States Magistrate Judge