IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11CV584-RJC-DSC

| | |
|---|---|
| OUTDOOR LIGHTING PERSPECTIVES FRANCHISING, INC., <br><br>Plaintiff <br><br>v. <br><br>OLP PITTSBURGH, INC., et al., <br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on Defendant's "Application for Admission to Practice Pro Hac Vice [for Justin M. Klein]," Doc. 21, filed on December 19, 2011. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 20, 2011

David S. Cayer
United States Magistrate Judge